# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**379**
**CA 11-02446**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, CARNI, AND SCONIERS, JJ.

---

PATRICIA CURTO, PLAINTIFF-APPELLANT,

V                                        MEMORANDUM AND ORDER

ZITTEL'S DAIRY FARM, JOHN ZITTEL, SANDY
ZITTEL, THOMAS DEXTER AND JEFFREY GASPER,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

PATRICIA CURTO, PLAINTIFF-APPELLANT PRO SE.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered March 8, 2011.  The order denied the motion of plaintiff to set aside a jury verdict.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Curto v Zittel's Dairy Farm* ([appeal No. 1] ___ AD3d ___ [May 3, 2013]).

Entered:  May 3, 2013                    Frances E. Cafarell
                                         Clerk of the Court